IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>JESÚS ROJAS-TAPIA,<br>*Defendant*. | CRIM. NO.:     03-cr-19-JAG-6 |

## NOTICE OF APPEARANCE

It is respectfully requested that the Court note and enter the appearance of AFPD Kevin E. Lerman as counsel for **Mr. Jesús Rojas-Tapia**, for court-appointed representation.

October 21, 2025

> RACHEL BRILL
> Federal Public Defender,
> District of Puerto Rico
>
> s/KEVIN E. LERMAN*
> Assistant Federal Public Defender
> USDC-PR No. 310207
> 241 F.D. Roosevelt Ave.
> San Juan, Puerto Rico  00918-2441
> Tel. (787) 281-4922, Fax (787) 281-4899
> E-mail: Kevin_Lerman@fd.org

**\*CERTIFICATION:** I ECF-filed this notice, notifying the parties of record, including counsel for the United States. Upon filing, I will also email a copy to AUSA Ricardo A. Imbert-Fernández at ricardo.imbert.fernandez@usdoj.gov.