# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**JESÚS ROJAS-TAPIA,**
**Petitioner**                                                                    **CRIM. NO. 03-019 (JAG)**
**v.**

**UNITED STATES OF AMERICA**
**Respondent**

## UNITED STATES' MOTION TO STRIKE
## OR FOR LEAVE TO FILE A REPLY

The United States of America moves to strike Jesús Rojas-Tapia's response in opposition to the formal objections to the presentence report. Alternatively, the United States moves for leave to file a reply to that response in opposition.

Pursuant to Local Rule 7(b), Rojas was required to file a response to the United States' formal objections to the presentence report, filed December 18, 2025, within 14 days. Failure to do so means that Rojas "shall be deemed to have waived any objection to the motion." D.P.R. Local Rule 7(b). So, Rojas's response in opposition was due on January 2, 2026. Yet, without asking for an extension of time or excusing (or otherwise addressing) his untimeliness, Rojas filed his response in opposition yesterday, January 7—five days late. *See* ECF No. 316. The United States thus moves to strike that response as untimely. The waiver and substantive arguments raised therein are waived, and the United States' formal objections are accordingly unopposed.

In the alternative, the United States requests leave pursuant to Local Rule 7(c) to file a reply to Rojas's untimely response in opposition within seven days of its filing to address the unmeritorious arguments raised therein.

**WHEREFORE**, in view of the foregoing, the United States moves to strike Rojas's response in opposition or, in the alternative, for leave to file a reply to that response.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this January 8, 2026.

                W. Stephen Muldrow
                United States Attorney

                /s/ Ricardo A. Imbert-Fernández
                Ricardo A. Imbert-Fernández – No. 308812
                Assistant United States Attorney
                United States Attorney's Office
                Torre Chardón, Suite 1201
                350 Carlos Chardón Ave.
                San Juan, Puerto Rico 00918
                Tel. (787) 766-5656

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was uploaded today January 8, 2026, into the Court's website using the CM/ECF system, which will provide service notification to counsel for the petitioner.

                /s/ Ricardo A. Imbert-Fernández
                Assistant United States Attorney