UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    *Plaintiff*,

v.

JESÚS ROJAS-TAPIA,
    *Defendant.*

No. 03-cr-19-6 (Hon. Jay A. García-Gregory)

———————

**THE GOVERNMENT HAS MOVED TO STRIKE THE OPPOSITION TO ITS MOTION TO RECONSIDER THE AIR PIRACY OFFENSE LEVEL. IT'S MOTION IS MERITLESS.**

———————

After spending the better part of a decade arguing air piracy is a crime of violence, the government, to its credit, conceded last summer that it's not. Now this Honorable Court faces the solemn task of determining what sentence Jesús Rojas-Tapia deserves today. Mr. Rojas has presented significant evidence of his rehabilitation while in custody. This includes sincere communication in his own words and in the words of those who know him best inside and outside the prison walls. Last Friday marked 22 years in prison for Jesús, a man who spends each day working and engaging in prayer and spiritual reflection. Since October, Mr. Rojas has formally sought a time-served sentence.

Unfortunately, the government still has not submitted a sentencing memorandum, which was due November 17, 2025, before the government conceived of the idea that it could object to parts of the PSR that have remained unchanged for two decades. This draws attention away from the critically important endeavor of resentencing. This attention draw continued yesterday in the form of an allegation that the government's reconsideration bid is still live because Mr. Rojas

responded to the reconsideration motion later than January 2, which was 14 calendar days after the government's motion for reconsideration was filed. ECF No. 317. While the government's date arithmetic is right, its legal analysis enjoys no support from applicable law. That's because this year January 2 was a holiday in the District of Puerto Rico, and court deadline rules do not demand that parties file pleadings on court holidays. Fed. R. Civ. P. 6(a)(1)(C). So the response due date fell on the next working day, Wednesday, January 7. As such, the government's motion to strike has no arguable merit and must be denied.

As to the government's request for leave to reply, we do not oppose as long as it does not further delay proceedings. The Court has before it strong support for a time served sentence, both in Mr. Rojas's pleading and in the amended PSR. As such, further scheduling should encourage the government to promptly submit its sentencing position so the Court may move forward with imposition of a sentence that is sufficient but no greater than necessary, as sentencing law demands. That sentence, we respectfully maintain, should be one of time served, which is now over 22 calendar years.

**RESPECTFULLY SUBMITTED.**

**RACHEL BRILL**
Federal Public Defender

**FRANCO L. PÉREZ-REDONDO**
Assistant Federal Public Defender
Supervisor, Appeals Section

**s/KEVIN E. LERMAN***
Assistant Federal Public Defender
USDC-PR No. 310207

**\* CERTIFICATION:** I ECF-filed this pleading on January 9, 2026, notifying the parties, including counsel for the government.